**SCHIAN WALKER, P.L.C**.

1850 NORTH CENTRAL AVENUE, #900
PHOENIX, ARIZONA 85004-4531
TELEPHONE: (602) 277-1501
FACSIMILE: (602) 297-9633
E-MAIL: ecfdocket@swazlaw.com
DALE C. SCHIAN, #010445
SCOTT R. GOLDBERG, #015082
Attorneys for Timothy H. Shaffer, Chapter 11 Trustee

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>POTENTIAL DYNAMIX, LLC,<br><br>                Debtor. | Case No. 2-11-bk-28944-DPC<br><br>CHAPTER 11<br><br>**APPLICATION TO EMPLOY ASHWORTH CONSULTING, LLC AS CONSULTING EXPERT** *NUNC PRO TUNC* |

      Timothy H. Shaffer, the Chapter 11 Trustee (the "**Trustee**"), has retained Schian Walker, P.L.C. (the "**Firm**") to represent him in the matter of *Timothy Shaffer v. Amazon Services LLC*, Adv. No. 2-13-ap-00799 (the "**Adversary Proceeding**"). To prosecute the Adversary Proceeding, the Firm and the Trustee require the assistance of Ashworth Consulting, LLC ("**Ashworth**") to serve as the Firm's consulting expert under Federal Rule of Civil Procedure 26(b)(4)(D). This Application is supported by the attached Memorandum of Points and Authorities, the *Verified Statement of Stephen A. Ashworth on Behalf of Ashworth Consulting, LLC Pursuant to Bankruptcy Rule 2014* attached hereto as Exhibit "A" and the entire relevant record in this case.

      DATED this ‎ 19th ‎ day of August, 2015.

                                        SCHIAN WALKER, P.L.C.


                                        By /s/ ‎ SCOTT R. GOLDBERG, #015082
                                             Dale C. Schian
                                           Scott R. Goldberg
                                           Attorneys for the Trustee

# MEMORANDUM OF POINTS AND AUTHORITIES

1. Among other things, the Adversary Proceeding concerns allegations that Amazon Services LLC ("**Amazon**") has failed to account for inventory that the above-captioned debtor ("**Debtor**") shipped to Amazon under the Fulfilment By Amazon ("**FBA**") program.

2. Amazon prepares reports ("**Reports**") for sellers that participate in the FBA program. Ashworth will assist the Firm and the Trustee in evaluating the data underlying the Reports.

3. During the Adversary Proceeding, Amazon has used non-FBA data and software tools to conduct its own "deep dive" investigations. Ashworth will assist the Firm and the Trustee in evaluating the data and the tools that Amazon used to conduct its own investigations.

4. In the Adversary Proceeding, Amazon has responded to the Trustee's discovery requests by producing data without aggregating it, explaining it, and without providing a data dictionary to enable the Trustee to interpret it. Ashworth will assist the Trustee and the Firm in evaluating the data that Amazon has produced.

5. Ashworth is being retained as a consulting expert to the Firm under Federal Rule of Civil Procedure 26(b)(4)(D). Also, Ashworth will not have a material role in the administration of the bankruptcy case. Under these facts, this Application likely is not required to be filed under Code § 327. *See In re Napoleon*, 233 B.R. 910 (Bankr. D. N.J. 1999).

6. For the reasons set forth in ¶ 5 above, the Application was not filed sooner and is now being filed on a precautionary basis only. To the extent that Code §§ 327 and 328 apply to the Application, approval of the Application is being sought on a *nunc pro tunc* basis to about June 2014.

7. Any change in Ashworth's status will be promptly brought to the Court's attention through the filing of an amendment to this Application.

8. Ashworth will seek to be paid from the bankruptcy estate and will seek Court approval for payment under Code § 330 and Bankruptcy Rule 2016.

9. As set forth in the Bankruptcy Rule 2014 statement attached hereto as Exhibit "A," Ashworth has no connections to the Debtor, its creditors or to the United States Trustee.

10. Ashworth is a disinterested party related to the matters in which it is to be retained.

11. Notice of this Application has been provided to Amazon, the Official Committee of Unsecured Creditors, the Debtor, the Office of the United States Trustee, and any party that has requested notice.

DATED this __19th__ day of August, 2015.

SCHIAN WALKER, P.L.C.


By /s/   SCOTT R. GOLDBERG, #015082
    Dale C. Schian
    Scott R. Goldberg
    Attorneys for the Trustee

COPY of the foregoing
e-mailed this __19th__ day
of August, 2015, to:

Potential Dynamix, LLC
c/o Dan Bellino
3837 East LaSalle Street
Phoenix, Arizona 85040
directdab@gmail.com

John S. Kaplan, Esq.
Perkins Coie, LLP
1201 Third Avenue, #4900
Seattle, Washington 98101-3099
Attorneys for Amazon Services LLC
jkaplan@perkinscoie.com

Richard M. Lorenzen, Esq.
Perkins Coie, LLP
2901 North Central Avenue, #2000
Phoenix, Arizona 85012-2788
Attorneys for Amazon Services LLC
rlorenzen@perkinscoie.com

Thomas H. Allen, Esq.
Allen Maguire & Barnes, PLC
1850 North Central Avenue, #1150
Phoenix, Arizona 85004
Attorneys for Official Committee of Unsecured Creditors
tallen@ambazlaw.com

Jennifer A. Giaimo, Esq.
U.S. Trustee's Office
230 North First Avenue, #204
Phoenix, Arizona 85003-1706
jennifer.a.giaimo@usdoj.gov


  /s/    DEBBI STEPHENS

# EXHIBIT "A"

**SCHIAN WALKER, P.L.C**.

1850 NORTH CENTRAL AVENUE, #900
PHOENIX, ARIZONA 85004-4531
TELEPHONE: (602) 277-1501
FACSIMILE: (602) 297-9633
E-MAIL: ecfdocket@swazlaw.com
DALE C. SCHIAN, #010445
SCOTT R. GOLDBERG, #015082
Attorneys for Timothy H. Shaffer, Chapter 11 Trustee

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No. 2:11-bk-28944-DPC |
| POTENTIAL DYNAMIX, LLC, | CHAPTER 11 |
| Debtor. | **VERIFIED STATEMENT OF STEPHEN A. ASHWORTH ON BEHALF OF ASHWORTH CONSULTING, LLC PURSUANT TO BANKRUPTCY RULE 2014** |

Stephen A. Ashworth, being first duly sworn upon his oath, deposes and states:

1. I make this declaration based upon my personal knowledge in support of the *Application to Employ Ashworth Consulting, LLC as Consulting Expert (*the "**Application**").

2. I am the managing member of *Ashworth Consulting, LLC* (the "**Company**").

3. The Company's expertise is in the area of data collection, management, administration, and presentation.

4. I am familiar with the claims that Timothy H. Shaffer, the Chapter 11 Trustee (the "**Trustee**"), has asserted against Amazon Services LLC ("**Amazon**") in the matter of *Timothy Shaffer v. Amazon Services LLC*, Adv. No. 2:13-ap-00799 (the "**Adversary Proceeding**").

5. The Company is duly qualified to perform all functions that are required in relation to its proposed employment as consulting expert for the Trustee's counsel, Schian Walker, P.L.C. (the "**Firm**").

6. As set forth in the Application, the Company has agreed to provide assistance to the Firm in evaluating the inventory claims that have been asserted in the Adversary Proceeding against Amazon.

7. The Company will also perform any other data base consulting services as directed by the

Firm and may provide expert testimony as needed.

8. The Company will also evaluate discovery data that Amazon has produced.

9. The Company's services will complement the services that Ness Consulting LLC has agreed to provide to the Firm. Ness Consulting LLC's expertise is in the area of inventory management, accounting, and reconciliation. The Company's expertise is in the area of data organization, management and administration.

10. The Company will seek compensation from the bankruptcy estate pursuant to Code § 330 and Bankruptcy Rule 2016.

11. The Company will charge for its services on an hourly basis in accordance with its standard hourly rates in effect on the date that services are rendered. The current hourly rate charged by the Company is $190.00 per hour.

12. The Company will maintain detailed records of the actual and necessary costs incurred in connection with the aforementioned services.

13. Based on my investigation to date, neither the Company nor any of its directors or associates has any interest that is adverse to the interests of the Debtor or its estate, and has no connection or relationship to the Debtor's creditors, to the United States Trustee or to any other interested party in this case.

14. The Company has not entered into any arrangement to share any compensation that may be awarded by the Court, except as permitted under Bankruptcy Code § 504(b).

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: August __19___, 2015.

_____
Stephen A. Ashworth

*Digitally signed by Stephen A. Ashworth*
*DN: dc=COM, dc=ASHCONLLC, ou=USER ACCOUNTS, cn=Stephen A. Ashworth, email=sashworth@ashconllc.com*
*Date: 2015.08.19 14:20:33 -07'00'*