James E. Cross, Bar No. 009063
**CROSS LAW FIRM, P.L.C.**
1850 N. Central Ave., Suite 1150
Phoenix, Arizona 85004
Ofc: (602) 412-4422
Fax: (602) 252-4712
Email: jcross@crosslawaz.com
*Counsel for Timothy Shaffer, Chapter 11 Trustee*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| In re: | Chapter 11 |
|---|---|
| POTENTIAL DYNAMIX, LLC, | Case No. 2:11-bk-28944-DPC |
| Debtor. | **NOTICE OF FILING AND BAR DATE RE: CROSS LAW FIRM, P.L.C.'s FIRST APPLICATION FOR APPROVAL AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR CHAPTER 11 TRUSTEE (FEES $77,447.50- COSTS $16.70)** |

**APPLICATION PERIOD: NOVEMBER 12, 2019 THROUGH MAY 31, 2021**

PLEASE TAKE NOTICE that Cross Law Firm, P.L.C. ("CLF"), by James E. Cross, counsel for Timothy Shaffer, the Chapter 11 Trustee herein, has filed his First Application for Approval and Payment of Interim Compensation and Reimbursement of Expenses as Counsel for Chapter 11 Trustee for services rendered and expenses incurred on behalf of the estate (the "Application"). Pursuant to the Application, CLF seeks approval and payment of fees in the amount of $77,447.50, and reimbursement of costs in the amount of $16.70, for a total allowance of $77,464.20 for services rendered as counsel for the Trustee.

A copy of the Application may be obtained from the Clerk of the U.S. Bankruptcy Court, 230 N. First Avenue, Suite 101, Phoenix, Arizona, or upon request of counsel undersigned.

PLEASE TAKE FURTHER NOTICE that pursuant to L.R.Bankr.P. 9013-1(k), any objection to the Application must be in writing, filed with the Court, and served on counsel for the Trustee at the above-referenced address within **21 days** of the date of this Notice. If no objections are timely filed and served as provided above, the Court may grant the Application without further notice or hearing. If a timely objection is filed, a hearing will be requested regarding the Application.

DATED this 10th day of June, 2021.

**CROSS LAW FIRM, P.L.C.**

/s/ *James Cross (#9063)*
James E. Cross
1850 N. Central Ave., Suite 1150
Phoenix, AZ 85004
Counsel for Chapter 11 Trustee

Original filed and Copies of the foregoing
served electronically via the Court's
CM/ECF Notification System this 10th day of
June, 2021, on all parties that have
appeared in the case.

Additionally, COPIES sent via e-mail transmission
this 10th day of June, 2021, to:

| | |
|---|---|
| Dale Schian, Esq.<br>Gallagher & Kennedy<br>2575 E. Camelback Rd., Suite 1100<br>Phoenix, AZ 85016<br>Email: dale.schian@gknet.com<br>*Litigation Counsel for Timothy Shaffer,*<br>*Chapter 11 Trustee* | Elizabeth Amorosi<br>Richard Cuellar<br>Jennifer Giaimo<br>Office of the U.S. Trustee<br>230 N. 1st Ave., Suite 204<br>Phoenix, AZ 85003<br>Email: Elizabeth.c.amorosi@usdoj.gov;<br>jennifer.a.giaimo@usdoj.gov |
| John S. Kaplan, Esq.<br>Eric J. Weiss, Esq.<br>Mallory Gitt Webster, Esq.<br>Perkins Coie, LLP<br>1201 Third Avenue, #4900<br>Seattle, Washington 98101-3099<br>Email: jkaplan@perkinscoie.com;<br>EWeiss@perkinscoie.com;<br>MWebster@perkinscoie.com<br>*Counsel for Amazon Services LLC* | Richard M. Lorenzen, Esq.<br>Perkins Coie, LLP<br>2901 North Central Avenue, #2000<br>Phoenix, Arizona 85012-2788<br>Email: rlorenzen@perkinscoie.com<br>*Counsel for Amazon Services LLC* |

-2-

| | | |
|---|---|---|
| 1 | Christopher Dylla, Esq.<br>Office of the Arizona Attorney General | Patrick Barrowclough, Esq.<br>Atkinson, Hammill & Barrowclough, PC |
| 2 | 2005 N. Central Ave.<br>Phoenix, AZ 85004 | 3550 N. Central Ave., Suite 1150<br>Phoenix, AZ 85012 |
| 3 | Email: christopher.dylla@azag.gov<br>*Counsel for the Arizona Department of Revenue* | Email: pbarrowclough@ahblawfirm.com<br>*Counsel for Select Nutrition Distribution* |
| 4 | | |
| 5 | Thomas Allen, Esq.<br>Michael Jones, Esq. | |
| 6 | Allen, Barnes & Jones, PLC<br>1850 N. Central Ave., Suite 1150 | |
| 7 | Phoenix, AZ 85004<br>Email: tallen@allenbarneslaw.com; | |
| 8 | mjones@allenbarneslaw.com<br>*Counsel for the Official Committee of* | |
| 9 | *Unsecured Creditors* | |
| 10 | | |
| 11 | /s/ Kara L. Stewart | |

-3-