# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| POTENTIAL DYNAMIX, LLC, | Case No. 2:11-bk-28944-DPC |
| Debtor. | **ORDER APPROVING FOURTH INTERIM APPLICATION FOR COMPENSATION OF FEES AND REIMBURSEMENT OF COSTS BY COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS** |

## APPLICATION PERIOD: OCTOBER 3, 2014 THROUGH MAY 5, 2021

Upon consideration of the *Fourth Interim Application for Compensation of Fees and Reimbursement of Costs by Counsel for the Official Committee of Unsecured Creditors* ("Application") filed by Allen Barnes & Jones, PLC ("AB&J") as counsel for The Official Committee of Unsecured Creditors ("Creditor Committee"), the Creditor Committee having reviewed and approved the Application, no objections thereto having been filed, and other good cause appearing,

**IT IS HEREBY ORDERED** approving the Application on behalf of AB&J as the Committee's counsel and allowing compensation of fees in this case in the amount of $20,918.00 and cost reimbursement of $207.32 for a total of $21,125.32.

/ / /

1     **IT IS FURTHER ORDERED** authorizing the Trustee, on behalf of the Debtor's bankruptcy estate, to pay the aforesaid fees and costs as an allowed administrative expense, provided funds are available and such payment does not prejudice other administrative claims of the estate.

**DATED AND SIGNED ABOVE**

{00304113}
Case 2:11-bk-28944-DPC    Doc 619    Filed 06/23/21    Entered 06/23/21 10:45:39    Desc
Main Document    Page 2 of 2