James E. Cross, Bar No. 009063
**CROSS LAW FIRM, P.L.C.**
7301 N. 16th St., Ste. 102
Phoenix, AZ 85020
PO Box 45469
Phoenix, AZ 85064
Telephone: (602) 412-4422
E-mail: jcross@crosslawaz.com
*Counsel for Timothy Shaffer, Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| POTENTIAL DYNAMIX, LLC, | Case No. 2:11-bk-28944-DPC |
| Debtor. | **NOTICE OF CHANGE OF ADDRESS OF COUNSEL FOR CHAPTER 11 TRUSTEE** |

NOTICE IS HEREBY GIVEN that effective August 1, 2021, James E. Cross, counsel for Timothy Shaffer, the Chapter 11 Trustee herein, has moved his office. Effective immediately, all future correspondence and pleadings should be directed to counsel for the Chapter 11 Trustee as follows:

James E. Cross, Esq.
Cross Law Firm, PLC
PO Box 45469
Phoenix, AZ 85064
jcross@crosslawaz.com

DATED this 2nd day of August, 2021.

**CROSS LAW FIRM, P.L.C.**

/s/ *James Cross (#9063)*
James E. Cross
Counsel for Timothy Shaffer, Chapter 11 Trustee

Original filed and Copies of the foregoing
served electronically via the Court's
CM/ECF Notification System this 2nd day of
August, 2021, on all parties that have
appeared in the case.

Additionally, COPIES sent via e-mail transmission this 2nd day of August, 2021, to:

| | |
|---|---|
| Dale Schian, Esq.<br>Gallagher & Kennedy<br>2575 E. Camelback Rd., Suite 1100<br>Phoenix, AZ 85016<br>Email: dale.schian@gknet.com<br>*Litigation Counsel for Timothy Shaffer, Chapter 11 Trustee* | Elizabeth Amorosi<br>Richard Cuellar<br>Jennifer Giaimo<br>Office of the U.S. Trustee<br>230 N. 1st Ave., Suite 204<br>Phoenix, AZ 85003<br>Email: Elizabeth.c.amorosi@usdoj.gov;<br>jennifer.a.giaimo@usdoj.gov |
| John S. Kaplan, Esq.<br>Eric J. Weiss, Esq.<br>Mallory Gitt Webster, Esq.<br>Perkins Coie, LLP<br>1201 Third Avenue, #4900<br>Seattle, Washington 98101-3099<br>Email: jkaplan@perkinscoie.com;<br>EWeiss@perkinscoie.com;<br>MWebster@perkinscoie.com<br>*Counsel for Amazon Services LLC* | Richard M. Lorenzen, Esq.<br>Perkins Coie, LLP<br>2901 North Central Avenue, #2000<br>Phoenix, Arizona 85012-2788<br>Email: rlorenzen@perkinscoie.com<br>*Counsel for Amazon Services LLC* |
| Christopher Dylla, Esq.<br>Office of the Arizona Attorney General<br>2005 N. Central Ave.<br>Phoenix, AZ 85004<br>Email: christopher.dylla@azag.gov<br>*Counsel for the Arizona Department of Revenue* | Patrick Barrowclough, Esq.<br>Atkinson, Hammill & Barrowclough, PC<br>3550 N. Central Ave., Suite 1150<br>Phoenix, AZ 85012<br>Email: pbarrowclough@ahblawfirm.com<br>*Counsel for Select Nutrition Distribution* |
| Thomas Allen, Esq.<br>Michael Jones, Esq.<br>Allen, Barnes & Jones, PLC<br>1850 N. Central Ave., Suite 1150<br>Phoenix, AZ 85004<br>Email: tallen@allenbarneslaw.com;<br>mjones@allenbarneslaw.com<br>*Counsel for the Official Committee of Unsecured Creditors* | |

/s/ Kara L. Stewart