Mark C. Dangerfield, #010832
Mark.dangerfield@gknet.com
Dale C. Schian, #010445
dale.schian@gknet.com
Kenneth N. Ralston, #034022
ken.ralston@gknet.com
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone: (602) 530-8000
Facsimile: (602) 530-8500
Attorneys for Trustee Timothy H. Shaffer

Email for electronic service and court
Documents: bkdocket@gknet.com

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No. 2:11-BK-28944-DPC |
| POTENTIAL DYNAMIX, LLC, | Chapter 11 |
| Debtor. | **NOTICE OF 2022 HOURLY RATES** |

NOTICE IS HEREBY GIVEN that on January 1, 2022, the professional fees charged by Gallagher & Kennedy, P.L.C. counsel for the Trustee are as reflected below. The new rates for attorneys primarily responsible for this matter are as follows:

| | |
|---|---|
| Dale C. Schian, Shareholder | $675.00 per hour |
| Mark C. Dangerfield, Shareholder | $625.00 per hour |
| Kenneth N. Ralston, Associate | $395.00 per hour |

8818083v2/29611-0001

1       DATED February 16, 2022

2                                        **GALLAGHER & KENNEDY, P.A.**

By:/s/Dale C. Schian
   Mark C. Dangerfield
   Dale C. Schian
   Kenneth N. Ralston
   2575 East Camelback Road
   Phoenix, Arizona 85004
   *Attorneys for Trustee Timothy H. Shaffer*

COPY of the foregoing
served on all parties registered
for ECF service in this case and
emailed on February 16, 2022, to:

James E. Cross
Cross Law Firm, P.L.C.
7301 N. 16th St., Ste. 102
Phoenix, AZ 85020
PO Box 45469
Phoenix, AZ 85064
jcross@crosslawaz.com

Timothy Shaffer
U.S. Trustee
Clotho Corporate Recovery, LLC
tim@clothoeq.us

  /s/J. Magallanes

8818083v2/29611-0001