**Guttilla Murphy Anderson**
Ryan W. Anderson (Ariz. No. 020974)
5415 E. High Street, Suite 200
Phoenix, Arizona 85054
Email: randerson@gamlaw.com
Phone: (480) 304-8300
Fax: (480) 304-8301

Attorneys for David Reaves, as Receiver in Case No.
CV2020-001402, Maricopa County Superior Court

Guttilla Murphy Anderson, P.C.
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| POTENTIAL DYNAMIX, LLC, | Case No. 2:11-bk-28944-DPC |
| Debtor. | **THIRD APPLICATION FOR APPROVAL AND REIMBURSEMENT OF EXPENSES AS FORMER COUNSEL TO CHAPTER 11 TRUSTEE** |

David M Reaves, the court-appointed Receiver[1] of Schian Walker, P.L.C. a/k/a SWAZLAW a/k/a SWAZLAW P.L.C. hereby files Schian Walker P.L.C.'s *Third Application for Approval and Reimbursement of Expenses as Former Counsel to Chapter 11 Trustee* as follows:

1.      On or about January 27, 2012, Timothy H. Shaffer was appointed as the Chapter Trustee of Potential Dynamix, LLC ("Trustee").

2.      On April 17, 2013, the Trustee filed his *Application by Timothy H. Shaffer, Chapter 11 Trustee to Employ Schian Walker, PLC* ("Schian Walker") *as Counsel to the Trustee* ("Employment Application No. 1").   [See Dkt 237] Pursuant to Employment

---

[1] Mr. Reaves is the Court appointed Receiver in Case No. CV2020-001402, Maricopa County Superior Court.

Application No. 1, the Trustee agreed that Schian Walker would be compensated based upon its "normal and usual hourly billing rates". Employment Application No. 1 indicates that Schian Walker was received a $25,000.00 fee deposit from the Trustee. On May 13, 2013, the Court entered an Order granting Employment Application No. 1.

4. On August 27, 2013, Schian Walker filed its *First Fee Application to Allow Interim Compensation for Fees and Costs of Schian Walker, P.L.C. as Counsel for Trustee* ("Fee Application No. 1"). In this application, Schian Walker sought approval of professional fees of $177,144.58, minus payments made pursuant to the Knudsen Order and "Cover Sheet Applications". [See Dkt 349] On October 9, 2013, the Court entered an Order approving Fee Application No. 1. [See Dkt 377]

5. On December 2, 2013, the Trustee filed his Chapter 11 Trustee's Application to Amend Employment Agreement with Schian Walker P.L.C. to Authorize Compensation on a Contingent Fee Basis for Certain Litigation Matters ("Employment Application No. 2"). As detailed in Employment Application No. 2, in December 2013, the Chapter 11 bankruptcy estate had unpaid administrative expenses and costs that included over $243,614.70. Schian Walker agreed to litigate certain preference matters on a contingency fee basis. [See Dkt 396] Employment Application No. 2 details that Schian Walker will "continue to provide legal services to the Trustee on matters not related to the preference matters. [See Dkt 396 at ¶12]. On January 8, 2014, the Court approved Employment Application No. 2. [See Dkt 402]

7. On April 24, 2014, Schian Walker filed its *Second Fee Application to Allow Interim Compensation for Fees and Costs of Schian Walker P.L.C. as Counsel for the*

Guttilla Murphy Anderson, P.C.
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300

Gutilla Murphy Anderson, P.C.
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300

*Trustee* ("Fee Application No. 2"). [See Dkt 432]. As detailed in Fee Application No. 2, Schian Walker reported that it has received payments of $48,376.18 pursuant to the Knudsen Order and Cover Sheet Applications and now sought approval of $158,634.72 in legal fees and expenses. On May 27, 2014, the Court entered an Order approving Fee Application No. 2. [See Dkt 440]

8. On June 17, 2019, the Trustee filed his *Application to Employ Schian Walker PLC on a Contingent Fee Basis*. ("Employment Application No. 3") [See Dkt 566]. As detailed in Employment Application No. 3, Schian Walker represents that it has "unpaid time" with a value of $284,360.37 in connection with "the relief from stay and adequate protection billing category and been paid $42,616 for services related to the "relief from stay and adequate protection billing category". Additionally, Schian Walker represents that it has "unpaid time" with a value of $1,124,477.15 in connection with the "litigation billing category" and has been paid $102,989.34 for services related to the "litigation billing category". [See Dkt 566 at ¶7] Moreover, Schian Walker represents that it has incurred costs of $499,713.62 for which it has been reimbursed for only $8,117.38. [See Dkt 566 at ¶8]

9. Employment Application No. 3 sets forth that Schian Walker has "agreed, to forgo the hourly fees Schian Walker is entitled to and convert that portion of the representation to a contingent fee equal to 40% of the gross amount of any recovery, but reduced to the extent of any fee due to Schian Walker, and giving credit for fees previously paid in the amount of $145,605.34". [See Dkt 566 at ¶10] Schian Walker attached, as

Case 2:11-bk-28944-DPC    Doc 682    Filed 10/07/22    Entered 10/07/22 11:29:17    Desc
Main Document    Page 3 of 25

Gutilla Murphy Anderson, P.C.
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300

Exhibit "B" to Employment Application No. 3, a copy of the Contract for Legal Services setting forth the agreement between Schian Walker and the Trustee.

10.     On June 18, 2019, the Court approved Employment Application No. 3. [See Dkt 568]

11.     On January 29, 2020, Dale Schian caused to be filed a *Stipulation for Substitution of Counsel* representing "Dale C. Schian and Scott R. Goldberg, formerly of Schian Walker P.L.C. are counsel of record Timothy H. Shaffer as Chapter 11 Trustee in this (the "Trustee") in this matter. The Trustee wishes to substitute James E. Cross as his counsel in this matter." [See Dkt 573]

12.     On January 30, 2020, the Trustee filed his Application to Employ Gallagher & Kennedy as Special Counsel to Conclude the Representation of the Trustee in Adversary 2:13-AP-00799 ("G&K Employment Application"). In the G&K Employment Application, the Trustee requests the employment of G&K on a nunc pro tunc basis and advises the Court:

> Dale Schian joined Gallagher & Kennedy on September 1, 2019. As the record in the Adversary reflects, activity in the Adversary was active and highly contentious last summer and fall. It was initially unclear which counsel would continue with the representation and in what capacity. Discovery was sought from the Trustee and his expert at a time when <u>Schian Walker was unable to fulfill its obligations under its agreements with the Trustee</u> and the expert. Gallagher & Kennedy learned shortly before an impending deadline that it would be counsel in the Adversary and immediately commenced work to meet that deadline, cure deficiencies and engage the expert. (G&K Employment Application at ¶9). (Emphasis Added)

13.     By all accounts, in September of 2019, Schian Walker was unable to provide legal services to the Trustee and therefore effectively terminated its representation of the Trustee. Accordingly, pursuant to the express terms of the Contract for Legal Services

4

between the Trustee and Schian Walker dated June 17, 2019, in the event that the representation of the Trustee was "terminated by Schian Walker, no payments shall be due Schian Walker, except for reimbursement of all reasonable costs and expenses incurred on the Trustee's behalf. Accordingly, Schian Walker does not seek payment of any amount representing legal fees and only seeks reimbursement of costs and expenses advanced for the benefit of the Trustee[2].

14.     Schian Walker has unpaid costs and expenses of $463,459.65 which were incurred on behalf of the Trustee. See Exhibit "A".

15.     Schian Walker's expenses include advancing expert witness fees, photocopies, messenger services, deposition expenses, filing fees, PACER charges, postage, parking, travel expenses and Westlaw legal research. All expenses incurred to third parties, such as expert witness fees, Federal Express charges, computer research, and parking and travel and lodging costs are limited to the actual amount paid by Schian Walker.

16.     A copy of this Application was provided to the Trustee in advance of filing.

17.     Based on the foregoing, Schian Walker respectfully requests an order of this Court approving and allowing Schian Walker's administrative claim for reimbursement of costs in the total sum of $463,459.65, and further allowing for the immediate payment of the above amount to the Firm provided that payment will not prejudice claimants of equal or higher priority.

---

[2] The cost application of Schian Walker is not intended to affect the First Interim Application for Compensation and Reimbursement of Fees for Gallagher & Kennedy at Dkt #673. The Receiver reserves the right to file a separate Fee Application seeking payment of legal fees incurred for non-Amazon related legal services provided to the Trustee.

5

Gutilla Murphy Anderson, P.C.
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300

Dated this 7th day of October, 2022.

GUTTILLA MURPHY ANDERSON, P.C.

/s/ Ryan W. Anderson
Ryan W. Anderson
Attorneys for the Receiver

COPY of the foregoing emailed if marked with
an "*" or otherwise mailed on October 7, 2022 to:

James E. Cross
Cross Law Firm, PLC
1850 N. Central Avenue, Suite 1150
Phoenix, AZ 85004
jcross@crosslawaz.com
*Attorneys for Chapter 11 Trustee, Timothy Shaffer*

Patrick Barrowclough, Esq.
Atkinson, Hammill & Barrowclough, PC
3550 N. Central Ave., Suite 1150
Phoenix, AZ 85012
pbarrowclough@ahblawfirm.com
*Counsel for Select Nutrition Distribution*

Elizabeth Amorosi
Richard Cuellar
Jennifer Giaimocredit
Office of the U.S. Trustee
230 N. 1st Ave., Suite 204
Phoenix, AZ 85003
Elizabeth.C.Amorosi@usdoj.gov
Jennifer.A.Giaimo@usdoj.gov
*Counsel for U.S. Trustee*

Thomas Allen, Esq.
Michael Jones, Esq.
Allen, Barnes & Jones, PLC
1850 N. Central Ave., Suite 1150
Phoenix, AZ 85004
tallen@allenbarneslaw.com
mjones@allenbarneslaw.com
*Counsel for the Official Committee of Unsecured Creditors*

John S. Kaplan, Esq
Eric J. Weiss
Mallory Gitt Webster
Perkins Coie, LLP
1201 Third Avenue, #4900
Seattle, Washington 98101-3099
jkaplan@perkinscoie.com
EWeiss@perkinscoie.com
mwebster@perkinscoie.com
*Counsel for Amazon Services LLC*

Jeffrey Weston Shields
Jones Waldo Holbrook & McDonough PC
170 South Main Street, Suite 150
Salt Lake City, UT 84101
jshields@joneswaldo.com
*Attorneys for Transportation Alliance Bank, Inc.*

Guttilla Murphy Anderson, P.C.
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300

| | | |
|---|---|---|
| 1 | John J. Fries | Gary R. Stickell |
| | Ryley Carlock & Applewhite | Attorney at Law, P.C. |
| 2 | One North Central Avenue, Suite 1200 | 301 E. Bethany Home Road, Suite B100 |
| | Phoenix, AZ 85004 | Phoenix, AZ 85012 |
| 3 | jfries@rcalaw.com | gstickell@garystickell.net |
| | *Attorneys for Europa Sports Products, Inc.* | *Attorney for Daniel Belino* |
| 4 | | |
| | Richard M. Lorenzen, Esq. | Scott K Brown |
| 5 | Perkins Coie, LLP | Lewis and Roca LLP |
| | 2901 North Central Avenue, #2000 | 40 N. Central Avenue, 19th Floor |
| 6 | Phoenix, Arizona 85012-2788 | Phoenix, AZ 85004 |
| | rlorenzen@perkinscoie.com | SBrown@lrrc.com |
| 7 | *Counsel for Amazon Services LLC* | *Attorneys for Transportation Alliance Bank, Inc.* |
| 8 | | |
| 9 | Anthony W. Austin | Patrick A. Clisham |
| | Fennemore Craig, P.C. | Engelman Berger, P.C. |
| | 3003 N. Central Avenue, Suite 2600 | 3636 N. Central Avenue, Suite 700 |
| 10 | Phoenix, AZ 85012 | Phoenix, AZ 85012 |
| | aaustin@fclaw.com | pac@eblawyers.com |
| 11 | *Attorneys for Mathew J. Schmidt* | *Attorneys for Threshold Enterprises Ltd.* |
| 12 | Mark S Hoffman | Keith L. Hendricks |
| | Erika L. Mansky | Moyes Sellers & Hendricks |
| 13 | 1631 W. Beverly Blvd., Second Floor | 1850 N. Central Avenue, Suite 1100 |
| | Los Angeles, CA 90026 | Phoenix, Az 85004 |
| 14 | mshllh@aol.com | khendricks@law-msh.com |
| | *Attorneys for Honey's Place, Inc.* | *Attorneys for Interested Parties Cody Jess and Scott Goldberg* |
| 15 | | |
| 16 | */s/ Louis A. Lofredo* | |
| 17 | 2902-002 (482943) | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |

Gutilla Murphy Anderson, P.C.
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300

# SWAZLAW, P.L.C.
## Client Expense Report

| Client Date | Client Matter ID Resp. Audit # | File Type Type | File Code | Description | Unit | Rate | Value | Invoice # |
|---|---|---|---|---|---|---|---|---|
| Timothy H. Shaffer 03/2013 | 1158/1158.19 SRG 5278 | BK Debtor Chap 11 Soft | Shaffer-Dynamix (19 - Relief from Stay and Adequate Protection) E102 | Printing and reproduction - FDA Enforcem | 1 | $549.60 | $549.60 | 34170 |
| Timothy H. Shaffer 09/09/2013 | 1158/1158.19 SRG 4284 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (19 - Relief from Stay and Adequate Protection) E103 | Parking expense | 1 | $5.00 | $5.00 | 34170 |
| Timothy H. Shaffer 09/01/2013 | 1158/1158.19 SRG 5772 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (19 - Relief from Stay and Adequate Protection) E110 | Bankruptcy Court access fee | 1 | $15.90 | $15.90 | 34202 |
| Timothy H. Shaffer 09/30/2013 | 1158/1158.19 SRG 5156 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (19 - Relief from Stay and Adequate Protection) E101 | Photocopies | 15 | $0.15 | $2.25 | 34202 |
| Timothy H. Shaffer 09/20/2013 | 1158/1158.19 SRG 5768 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (19 - Relief from Stay and Adequate Protection) E103 | Parking expense | 1 | $6.00 | $6.00 | 34202 |
| Timothy H. Shaffer 09/11/2013 | 1158/1158.19 SRG 5376 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (19 - Relief from Stay and Adequate Protection) E113 | Iron Horse Legal - delivery to Perkins Coie | 1 | $10.00 | $10.00 | 34297 |
| Timothy H. Shaffer 09/09/2013 | 1158/1158.14 SRG 5587 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) E112 | Filing fee - adversary complaint | 1 | $293.00 | $293.00 | 34297 |
| Timothy H. Shaffer 09/22/2013 | 1158/1158.19 SRG 5969 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (19 - Relief from Stay and Adequate Protection) E103 | Parking expense | 1 | $3.00 | $3.00 | 34297 |
| Timothy H. Shaffer 10/01/2013 | 1158/1158.19 SRG 6540 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (19 - Relief from Stay and Adequate Protection) E106 | Westlaw research | 1 | $483.42 | $483.42 | 34297 |
| Timothy H. Shaffer 09/26/2013 | 1158/1158.19 SRG 6687 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (19 - Relief from Stay and Adequate Protection) E103 | Parking expense | 1 | $8.00 | $8.00 | 34475 |
| Timothy H. Shaffer 09/15/2013 | 1158/1158.14 SRG 6795 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) E108 | Postage expense | 1 | $5.60 | $5.60 | 34475 |
| Timothy H. Shaffer 09/27/2013 | 1158/1158.19 SRG 7238 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (19 - Relief from Stay and Adequate Protection) E109 | Travel expenses - taxi [Seattle] | 1 | $47.90 | $47.90 | 34475 |

## Exhibit "A"

Client Expense Report

**SWAZLAW, P.L.C.**
**Client Expense Report**

| Client Date | Client Matter ID. Resp. Audit # | File Type Type | File Code | Description | Unit | Rate | Value | Invoice # |
|---|---|---|---|---|---|---|---|---|
| Timothy H. Shaffer 09/27/2013 | 1158/1158.19 SRG 7239 | BK Debtor Chap 11 Hard | E109 | Shaffer-Dynamix (19 - Relief from Stay and Adequate Protection) Travel expenses - meals [Seattle] | 1 | $12.00 | $12.00 | 34475 |
| Timothy H. Shaffer 09/27/2013 | 1158/1158.19 SRG 7534 | BK Debtor Chap 11 Hard | E107 | Shaffer-Dynamix (19 - Relief from Stay and Adequate Protection) Federal Express - Perkins Coie (Seattle) | 1 | $60.00 | $60.00 | 34475 |
| Timothy H. Shaffer 09/28/2013 | 1158/1158.19 SRG 7535 | BK Debtor Chap 11 Hard | E107 | Shaffer-Dynamix (19 - Relief from Stay and Adequate Protection) Federal Express - Perkins Coie (Seattle) | 1 | $123.77 | $123.77 | 34475 |
| Timothy H. Shaffer 09/30/2013 | 1158/1158.19 SRG 7104 | BK Debtor Chap 11 Hard | E106 | Shaffer-Dynamix (19 - Relief from Stay and Adequate Protection) Westlaw research | 1 | $156.57 | $156.57 | 34475 |
| Timothy H. Shaffer 09/30/2013 | 1158/1158.19 SRG 7550 | BK Debtor Chap 11 Hard | E110 | Shaffer-Dynamix (19 - Relief from Stay and Adequate Protection) Bankruptcy Court access fee | 1 | $11.80 | $11.80 | 34475 |
| Timothy H. Shaffer 09/30/2013 | 1158/1158.19 SRG 8696 | BK Debtor Chap 11 Hard | E103 | Shaffer-Dynamix (19 - Relief from Stay and Adequate Protection) Parking expense - Sky Harbor | 1 | $33.00 | $33.00 | 34475 |
| Timothy H. Shaffer 09/29/2013 | 1158/1158.19 SRG 7536 | BK Debtor Chap 11 Hard | E107 | Shaffer-Dynamix (19 - Relief from Stay and Adequate Protection) Federal Express - Perkins Coie (Seattle) | 1 | $136.39 | $136.39 | 34475 |
| Timothy H. Shaffer 09/30/2013 | 1158/1158.19 SRG 7585 | BK Debtor Chap 11 Hard | E111 | Shaffer-Dynamix (19 - Relief from Stay and Adequate Protection) Meals - The Capital Grille [Seattle] | 1 | $27.92 | $27.92 | 34475 |
| Timothy H. Shaffer 09/30/2013 | 1158/1158.19 SRG 8699 | BK Debtor Chap 11 Hard | E109 | Shaffer-Dynamix (19 - Relief from Stay and Adequate Protection) Travel expense - Hotel Monaco [Seattle] | 1 | $276.28 | $276.28 | 34475 |
| Timothy H. Shaffer 10/01/2013 | 1158/1158.19 SRG 7586 | BK Debtor Chap 11 Hard | E111 | Shaffer-Dynamix (19 - Relief from Stay and Adequate Protection) Meals - W Hotel [Seattle] | 1 | $47.79 | $47.79 | 34475 |
| Timothy H. Shaffer 09/11/2013 | 1158/1158.19 SRG 7587 | BK Debtor Chap 11 Hard | E103 | Shaffer-Dynamix (19 - Relief from Stay and Adequate Protection) Parking expense - Sky Harbor | 1 | $44.00 | $44.00 | 34475 |
| Timothy H. Shaffer 09/12/2013 | 1158/1158.19 SRG 7589 | BK Debtor Chap 11 Hard | E107 | Shaffer-Dynamix (19 - Relief from Stay and Adequate Protection) Federal Express | 1 | $183.40 | $183.40 | 34475 |

| Client Date | Client Matter ID, Resp. Audit # | File Type Type | File Code | Description | Unit | Rate | Value | Invoice # |
|---|---|---|---|---|---|---|---|---|
| Timothy H. Shaffer 05/17/2013 | 1158/1158.19 SRG 8698 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (19 - Relief from Stay and Adequate Protection) E109 | Travel expenses - W Hotel [Seattle] | 1 | $675.64 | $675.64 | 34475 |
| Timothy H. Shaffer 09/00/2013 | 1158/1158.19 SRG 8033 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (19 - Relief from Stay and Adequate Protection) E106 | Westlaw research | 1 | $1,072.14 | $1,072.14 | 34475 |
| Timothy H. Shaffer 09/00/2013 | 1158/1158.19 SRG 8392 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (19 - Relief from Stay and Adequate Protection) E110 | Bankruptcy Court access fee | 1 | $2.60 | $2.60 | 34475 |
| Timothy H. Shaffer 09/09/2013 | 1158/1158.19 SRG 8602 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (19 - Relief from Stay and Adequate Protection) E113 | Iron Horse Legal - fee to file document unc | 1 | $10.00 | $10.00 | 34792 |
| Timothy H. Shaffer ...6/2013 | 1158/1158.19 SRG 8750 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (19 - Relief from Stay and Adequate Protection) E103 | Parking expense | 1 | $2.00 | $2.00 | 34792 |
| Timothy H. Shaffer ...1/2013 | 1158/1158.19 SRG 9593 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (19 - Relief from Stay and Adequate Protection) E110 | Bankruptcy Court access fee | 1 | $79.50 | $79.50 | 34792 |
| Timothy H. Shaffer ...1/2013 | 1158/1158.19 SRG 9597 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (19 - Relief from Stay and Adequate Protection) E106 | Westlaw research | 1 | $109.12 | $109.12 | 34792 |
| Timothy H. Shaffer ...6/2013 | 1158/1158.19 SRG 9518 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (19 - Relief from Stay and Adequate Protection) E103 | Parking expense | 1 | $8.00 | $8.00 | 34792 |
| Timothy H. Shaffer 12/...2013 | 1158/1158.19 SRG 10984 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (19 - Relief from Stay and Adequate Protection) E106 | Westlaw research | 1 | $192.30 | $192.30 | 34792 |
| Timothy H. Shaffer 12/...2013 | 1158/1158.19 SRG 11574 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (19 - Relief from Stay and Adequate Protection) E110 | Bankruptcy Court access fee | 1 | $7.50 | $7.50 | 34792 |
| Timothy H. Shaffer 01/15/2014 | 1158/1158.14 SRG 11681 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) E103 | Parking expense | 1 | $2.00 | $2.00 | 34792 |
| Timothy H. Shaffer 01/...2014 | 1158/1158.19 SRG 12650 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (19 - Relief from Stay and Adequate Protection) E110 | Bankruptcy Court access fee | 1 | $5.50 | $5.50 | 34792 |

| Client Date | Client Matter ID Resp. Audit # | File Type Type | File Code | Description | Unit | Rate | Value | Invoice # |
|---|---|---|---|---|---|---|---|---|
| Timothy H. Shaffer 03/22/2014 | 1158/1158.19 SRG 16943 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (19 - Relief from Stay and Adequate Protection) E113 | Iron Horse Legal - file documents under se | 1 | $10.00 | $10.00 | 34935 |
| Timothy H. Shaffer 03/25/2014 | 1158/1158.14 SRG 16050 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) E113 | Iron Horse Legal - deliver sealed documer | 1 | $12.00 | $12.00 | 34935 |
| Timothy H. Shaffer 03/29/2014 | 1158/1158.19 SRG 17983 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (19 - Relief from Stay and Adequate Protection) MISC | TERIS - Relativity monthly database monit | 1 | $300.00 | $300.00 | 35119 |
| Timothy H. Shaffer 03/30/2014 | 1158/1158.19 SRG 17991 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (19 - Relief from Stay and Adequate Protection) MISC | TERIS - Relativity monthly database monit | 1 | $60.00 | $60.00 | 35119 |
| Timothy H. Shaffer 04/11/2014 | 1158/1158.14 SRG 18460 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) E103 | Parking expense | 1 | $2.00 | $2.00 | 35159 |
| Timothy H. Shaffer 04/28/2014 | 1158/1158.19 SRG 18863 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (19 - Relief from Stay and Adequate Protection) MISC | TERIS - Relativity monthly database monit | 1 | $60.00 | $60.00 | 35159 |
| Timothy H. Shaffer 04/24/2014 | 1158/1158.14 SRG 19344 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) E113 | Iron Horse Legal - delivery to client | 1 | $17.00 | $17.00 | 35288 |
| Timothy H. Shaffer 04/29/2014 | 1158/1158.19 SRG 19684 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (19 - Relief from Stay and Adequate Protection) MISC | TERIS - Relativity monthly database monit | 1 | $60.00 | $60.00 | 35288 |
| Timothy H. Shaffer 05/28/2014 | 1158/1158.19 SRG 20763 | BK Debtor Chap 11 Soft | Shaffer-Dynamix (19 - Relief from Stay and Adequate Protection) MISC | TERIS - Relativity monthly database monit | 1 | $60.00 | $60.00 | 35375 |
| Timothy H. Shaffer 05/21/2014 | 1158/1158.14 SRG 20897 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) E106 | Westlaw research | | $69.80 | $69.80 | 35375 |
| Timothy H. Shaffer 05/11/2014 | 1158/1158.14 SRG 21278 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) E110 | Bankruptcy Court access fee | 1 | $37.90 | $37.90 | 35375 |
| Timothy H. Shaffer 05/07/2014 | 1158/1158.14 SRG 21483 | BK Debtor Chap 11 Soft | Shaffer-Dynamix (14 - Litigation) E101 | Photocopies | 513 | $0.15 | $76.95 | 36011 |

| Client Date | Client Matter ID Resp. Audit # | File Type Type | File Code | Description | Unit | Rate | Value | Invoice # |
|---|---|---|---|---|---|---|---|---|
| Timothy H. Shaffer 1/15/2014 | 1158/1158.19 SRG 22508 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (19 - Relief from Stay and Adequate Protection) MISC | TERIS - Relativity monthly database monit | 1 | $60.00 | $60.00 | 36011 |
| Timothy H. Shaffer 1/28/2014 | 1158/1158.14 SRG 22240 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) E101 | Photocopies | 10 | $0.15 | $1.50 | 36011 |
| Timothy H. Shaffer 1/3/2014 | 1158/1158.19 SRG 23700 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (19 - Relief from Stay and Adequate Protection) MISC | TERIS - Relativity monthly database monit | 1 | $60.00 | $60.00 | 36011 |
| Timothy H. Shaffer 2/1/2014 | 1158/1158.14 SRG 23137 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) E110 | Bankruptcy Court access fee | 1 | $4.40 | $4.40 | 36011 |
| Timothy H. Shaffer 2/2/2015 | 1158/1158.14 SRG 23445 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) E101 | Photocopies | 12 | $0.15 | $1.80 | 36011 |
| Timothy H. Shaffer 2/2/2015 | 1158/1158.14 SRG 23488 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) E103 | Parking expense | 1 | $2.00 | $2.00 | 36011 |
| Timothy H. Shaffer 2/2/2015 | 1158/1158.14 SRG 23633 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) E113 | Iron Horse Legal - file notice of bankruptcy | 1 | $14.00 | $14.00 | 36011 |
| Timothy H. Shaffer 2/6/2015 | 1158/1158.19 SRG 24787 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (19 - Relief from Stay and Adequate Protection) MISC | TERIS - Relativity monthly database monit | 1 | $60.00 | $60.00 | 36011 |
| Timothy H. Shaffer 02/17/2015 | 1158/1158.19 SRG 25770 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (19 - Relief from Stay and Adequate Protection) MISC | TERIS - Relativity monthly database monit | 1 | $60.00 | $60.00 | 36011 |
| Timothy H. Shaffer 02/18/2015 | 1158/1158.14 SRG 25244 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) E106 | Westlaw research | 1 | $361.05 | $361.05 | 36011 |
| Timothy H. Shaffer 02/17/2015 | 1158/1158.19 SRG 25796 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (19 - Relief from Stay and Adequate Protection) MISC | TERIS - shut down Relativity database | 1 | $420.40 | $420.40 | 36011 |
| Timothy H. Shaffer 02/11/2015 | 1158/1158.14 SRG 26237 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) E106 | Westlaw research | 1 | $143.21 | $143.21 | 36011 |

Case 2:11-bk-28944-DPC   Doc 682   Filed 10/07/22   Entered 10/07/22 11:29:17   Desc
Main Document      Page 12 of 25

| Client Date | Client Matter ID Resp. Audit # | File Type Type | File Code | Description | Unit | Rate | Value | Invoice # |
|---|---|---|---|---|---|---|---|---|
| Timothy H. Shaffer 02/11/2015 | 1158/1158.19 SRG 28043 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (19 - Relief from Stay and Adequate Protection) MISC | TERIS - Relativity monthly database monit | 1 | $60.00 | $60.00 | 36011 |
| Timothy H. Shaffer 03/03/2015 | 1158/1158.14 SRG 26833 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) E103 | Parking expense | 1 | $3.00 | $3.00 | 36011 |
| Timothy H. Shaffer 03/10/2015 | 1158/1158.14 SRG 27507 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) E106 | Westlaw research | 1 | $386.09 | $386.09 | 36011 |
| Timothy H. Shaffer 03/11/2015 | 1158/1158.14 SRG 28739 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) E110 | Bankruptcy Court access fee | 1 | $8.40 | $8.40 | 36011 |
| Timothy H. Shaffer 03/25/2015 | 1158/1158.14 SRG 29058 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) E113 | Iron Horse Legal - deliver documents unde | 1 | $12.00 | $12.00 | 36011 |
| Timothy H. Shaffer 03/30/2015 | 1158/1158.14 SRG 29369 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) E106 | Westlaw research | 1 | $845.50 | $845.50 | 36011 |
| Timothy H. Shaffer 03/31/2015 | 1158/1158.14 SRG 29386 | BK Debtor Chap 11 Soft | Shaffer-Dynamix (14 - Litigation) E101 | Photocopies | 178 | $0.15 | $26.70 | 36011 |
| Timothy H. Shaffer 04/02/2015 | 1158/1158.14 SRG 29568 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) E113 | Iron Horse Legal - fee to file documents ur | 1 | $14.00 | $14.00 | 36011 |
| Timothy H. Shaffer 04/08/2015 | 1158/1158.14 SRG 29663 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) E103 | Parking expense | 1 | $8.00 | $8.00 | 36011 |
| Timothy H. Shaffer 04/21/2015 | 1158/1158.14 SRG 30229 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) E106 | Westlaw research | 1 | $811.19 | $811.19 | 36011 |
| Timothy H. Shaffer 04/31/2015 | 1158/1158.14 SRG 31530 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) E106 | Westlaw research | 1 | $56.59 | $56.59 | 36121 |
| Timothy H. Shaffer 05/29/2015 | 1158/1158.14 SRG 32908 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) E113 | Iron Horse Legal - delivery to Perkins Coie | 1 | $12.00 | $12.00 | 36196 |

Case 2:11-bk-28944-DPC   Doc 663   Filed 10/07/22   Entered 10/07/22 11:29:37   Desc
Main Document    Page 13 of 25

# SWAZLAW, P.L.C.
## Client Expense Report

| Client Date | Client Matter ID Resp. Audit # | File Type Type | File Code | Description | Unit | Rate | Value | Invoice # |
|---|---|---|---|---|---|---|---|---|
| Timothy H. Shaffer 12/14/2015 | 1158/1158.14 SRG 33211 | BK Debtor Chap 11 Soft | Shaffer-Dynamix (14 - Litigation) E101 | Photocopies | 46 | $0.15 | $6.90 | 36261 |
| Timothy H. Shaffer 12/24/2015 | 1158/1158.14 SRG 33212 | BK Debtor Chap 11 Soft | Shaffer-Dynamix (14 - Litigation) E108 | Postage expense | 1 | $3.72 | $3.72 | 36261 |
| Timothy H. Shaffer 12/23/2015 | 1158/1158.14 SRG 34708 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) E108 | Postage expense | 1 | $5.68 | $5.68 | 36413 |
| Timothy H. Shaffer 12/29/2015 | 1158/1158.14 SRG 35846 | BK Debtor Chap 11 Soft | Shaffer-Dynamix (14 - Litigation) E113 | Iron Horse Legal - delivery to Perkins Coie | 1 | $14.00 | $14.00 | 36413 |
| Timothy H. Shaffer 01/25/2016 | 1158/1158.14 SRG 35617 | BK Debtor Chap 11 Soft | Shaffer-Dynamix (14 - Litigation) MISC | Ness Consulting, LLC | 1 | $20,434.00 | $20,434.00 | 36478 |
| Timothy H. Shaffer 03/21/2016 | 1158/1158.14 SRG 42538 | BK Debtor Chap 11 Soft | Shaffer-Dynamix (14 - Litigation) PACER | Bankruptcy Court access fee | 1 | $1.80 | $1.80 | 36810 |
| Timothy H. Shaffer 02/23/2016 | 1158/1158.14 SRG 42288 | BK Debtor Chap 11 Soft | Shaffer-Dynamix (14 - Litigation) MISC | Ness Consulting, LLC | 1 | $1,204.00 | $1,204.00 | 36834 |
| Timothy H. Shaffer 06/30/2016 | 1158/1158.14 SRG 49099 | BK Debtor Chap 11 Soft | Shaffer-Dynamix (14 - Litigation) WL | Westlaw research | 1 | $501.65 | $501.65 | 37225 |
| Timothy H. Shaffer 10/10/2016 | 1158/1158.14 SRG 49626 | BK Debtor Chap 11 Soft | Shaffer-Dynamix (14 - Litigation) WL | Westlaw research | 1 | $380.59 | $380.59 | 37260 |
| Timothy H. Shaffer 07/22/2017 | 1158/1158.14 SRG 50135 | BK Debtor Chap 11 Soft | Shaffer-Dynamix (14 - Litigation) PARK | Parking expense | 1 | $5.00 | $5.00 | 37314 |
| Timothy H. Shaffer 07/30/2017 | 1158/1158.14 SRG 50273 | BK Debtor Chap 11 Soft | Shaffer-Dynamix (14 - Litigation) PARK | Parking expense | 1 | $2.00 | $2.00 | 37314 |
| Timothy H. Shaffer 07/31/2017 | 1158/1158.14 SRG 50798 | BK Debtor Chap 11 Soft | Shaffer-Dynamix (14 - Litigation) WL | Westlaw research | 1 | $11.27 | $11.27 | 37314 |

# SWAZLAW, P.L.C.
## Client Expense Report

| Client / Date | Client Matter ID Resp. Audit # | File Type Type | File Code | Description | Unit | Rate | Value | Invoice # |
|---|---|---|---|---|---|---|---|---|
| Timothy H. Shaffer 02/17/2017 | 1158/1158.14 SRG 52123 | BK Debtor Chap 11 Hard | PS | Postage expense | 1 | $3.08 | $3.08 | 37483 |
| Timothy H. Shaffer 03/01/2017 | 1158/1158.14 SRG 52871 | BK Debtor Chap 11 Soft | WL | Westlaw research | 1 | $68.20 | $68.20 | 37483 |
| Timothy H. Shaffer 04/04/2017 | 1158/1158.14 SRG 53124 | BK Debtor Chap 11 Soft | PC | Photocopies | 20 | $0.15 | $3.00 | 37501 |
| Timothy H. Shaffer 04/28/2017 | 1158/1158.14 SRG 53680 | BK Debtor Chap 11 Soft | MISC | Ness Consulting, LLC | 1 | $2,016.00 | $2,016.00 | 37501 |
| Timothy H. Shaffer 04/28/2017 | 1158/1158.14 SRG 54043 | BK Debtor Chap 11 Soft | WL | Westlaw research | 1 | $274.26 | $274.26 | 37501 |
| Timothy H. Shaffer 05/03/2017 | 1158/1158.14 SRG 56752 | BK Debtor Chap 11 Soft | TEL | Long-distance charges [conference call] | 1 | $10.09 | $10.09 | 37871 |
| Timothy H. Shaffer 05/31/2017 | 1158/1158.14 SRG 56750 | BK Debtor Chap 11 Soft | MISC | Inertia Software - E-Discovery case updat | 1 | $350.00 | $350.00 | 37871 |
| Timothy H. Shaffer 05/31/2017 | 1158/1158.14 SRG 56662 | BK Debtor Chap 11 Soft | WL | Westlaw research | 1 | $271.52 | $271.52 | 37871 |
| Timothy H. Shaffer 06/02/2017 | 1158/1158.14 SRG 56660 | BK Debtor Chap 11 Soft | MISC | Inertia Software - E-Discovery udpates | 1 | $70.00 | $70.00 | 37871 |
| Timothy H. Shaffer 06/06/2017 | 1158/1158.14 SRG 56658 | BK Debtor Chap 11 Soft | PR | Printing and reproduction expense of color | 1 | $346.00 | $346.00 | 37871 |
| Timothy H. Shaffer 06/27/2017 | 1158/1158.14 SRG 58643 | BK Debtor Chap 11 Soft | MISC | American Airlines - tickets to Seattle for Sc | 1 | $897.08 | $897.08 | 37871 |
| Timothy H. Shaffer 06/30/2017 | 1158/1158.14 SRG 58639 | BK Debtor Chap 11 Soft | WL | Westlaw research | 1 | $412.05 | $412.05 | 37871 |

Client Expense Report

| Client Date | Client Matter ID Resp. Audit # | File Type Type | File Code | Description | Unit | Rate | Value | Invoice # |
|---|---|---|---|---|---|---|---|---|
| Timothy H. Shaffer 07/10/2017 | 1158/1158.14 SRG 58623 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) TEL | Long-distance charges [conference call] | 1 | $12.57 | $12.57 | 37871 |
| Timothy H. Shaffer 07/25/2017 | 1158/1158.14 SRG 58605 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) TEL | Long-distance charges [conference call] | 1 | $7.92 | $7.92 | 37871 |
| Timothy H. Shaffer 07/28/2017 | 1158/1158.14 SRG 60072 | BK Debtor Chap 11 Soft | Shaffer-Dynamix (14 - Litigation) TRV | Travel expense - taxi [July depositions in S | 1 | $50.00 | $50.00 | 37871 |
| Timothy H. Shaffer 07/31/2017 | 1158/1158.14 SRG 58599 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) WL | Westlaw research | 1 | $213.40 | $213.40 | 37871 |
| Timothy H. Shaffer 07/31/2017 | 1158/1158.14 SRG 60074 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) ML | Travel expense - meals [July depositions ii | 1 | $101.12 | $101.12 | 37871 |
| Timothy H. Shaffer 07/31/2017 | 1158/1158.14 SRG 60076 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) PR | Printing and reproduction expense - exhibi | 1 | $468.70 | $468.70 | 37871 |
| Timothy H. Shaffer 07/31/2017 | 1158/1158.14 SRG 60077 | BK Debtor Chap 11 Soft | Shaffer-Dynamix (14 - Litigation) PARK | Parking expense - Sky Harbor airport | 1 | $75.00 | $75.00 | 37871 |
| Timothy H. Shaffer 07/31/2017 | 1158/1158.14 SRG 60082 | BK Debtor Chap 11 Soft | Shaffer-Dynamix (14 - Litigation) TRV | Southwest Airlines - Scott Goldberg | 1 | $366.23 | $366.23 | 37871 |
| Timothy H. Shaffer 07/31/2017 | 1158/1158.14 SRG 60083 | BK Debtor Chap 11 Soft | Shaffer-Dynamix (14 - Litigation) TRV | Southwest Airlines - Stephen Ashworth | 1 | $366.23 | $366.23 | 37871 |
| Timothy H. Shaffer 08/01/2017 | 1158/1158.14 SRG 60079 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) TRV | Hotel Monaco Seattle - Scott Goldberg | 1 | $1,113.76 | $1,113.76 | 37871 |
| Timothy H. Shaffer 08/01/2017 | 1158/1158.14 SRG 60081 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) TRV | Hotel Monaco Seattle - Stephen Ashworth | 1 | $1,174.64 | $1,174.64 | 37871 |
| Timothy H. Shaffer 08/07/2017 | 1158/1158.14 SRG 58074 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) PACER | Bankruptcy Court access fee | 1 | $16.90 | $16.90 | 37871 |

Case 2:11-bk-28944-DPC    Doc 662    Filed 10/07/22    Entered 10/07/22 11:29:17    Desc
Main Document    Page 16 of 25

| Client Date | Client Matter ID Resp. Audit # | File Type Type | File Code | Description | Unit | Rate | Value | Invoice # |
|---|---|---|---|---|---|---|---|---|
| Timothy H. Shaffer 09/11/2017 | 1158/1158.14 SRG 58595 | BK Debtor Chap 11 Soft | Shaffer-Dynamix (14 - Litigation) PR | YOM Court Reporting - Soder video depos | 1 | $1,341.00 | $1,341.00 | 37871 |
| Timothy H. Shaffer 09/00/2017 | 1158/1158.14 SRG 58597 | BK Debtor Chap 11 Soft | Shaffer-Dynamix (14 - Litigation) PR | YOM Court Reporting - Ice deposition tran: | 1 | $1,666.00 | $1,666.00 | 37871 |
| Timothy H. Shaffer 09/00/2017 | 1158/1158.14 SRG 60104 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) PR | YOM Court Reporting - Ice video depositio | 1 | $2,340.25 | $2,340.25 | 37871 |
| Timothy H. Shaffer 09/15/2017 | 1158/1158.14 SRG 58593 | BK Debtor Chap 11 Soft | Shaffer-Dynamix (14 - Litigation) PR | YOM Court Reporting - Soder deposition t | 1 | $1,948.45 | $1,948.45 | 37871 |
| Timothy H. Shaffer 09/24/2017 | 1158/1158.14 SRG 58968 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) EXP | Ness Consulting - Expert Witness Fees (1! | 1 | $14,120.00 | $14,120.00 | 37871 |
| Timothy H. Shaffer 09/24/2017 | 1158/1158.14 SRG 58970 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) EXP | Ness Consulting - Expert Witness Fees (1 | 1 | $7,516.00 | $7,516.00 | 37871 |
| Timothy H. Shaffer 09/24/2017 | 1158/1158.14 SRG 58972 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) EXP | Ness Consulting - Expert Witness Fees (1: | 1 | $4,072.00 | $4,072.00 | 37871 |
| Timothy H. Shaffer 09/01/2017 | 1158/1158.14 SRG 59534 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) WL | Westlaw research | 1 | $26.81 | $26.81 | 37871 |
| Timothy H. Shaffer 09/01/2017 | 1158/1158.14 SRG 60780 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) EXP | Ness Consulting - expert witness fees | 1 | $7,308.00 | $7,308.00 | 37947 |
| Timothy H. Shaffer 09/07/2017 | 1158/1158.14 SRG 60894 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) TEL | Long-distance charges [conference call] | 1 | $7.82 | $7.82 | 37947 |
| Timothy H. Shaffer 09/30/2017 | 1158/1158.14 SRG 60850 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) WL | Westlaw research | 1 | $299.64 | $299.64 | 37947 |
| Timothy H. Shaffer 09/11/2017 | 1158/1158.14 SRG 61857 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) WL | Westlaw research | 1 | $79.90 | $79.90 | 37974 |

**SWAZLAW, P.L.C.**
**Client Expense Report**

| Client / Date | Client Matter ID / Resp. Audit # | Resp. | File Type / Type | File Code | Description | Unit | Rate | Value | Invoice # |
|---|---|---|---|---|---|---|---|---|---|
| Timothy H. Shaffer / 1/31/2017 | 1158/1158.14 / 62004 | SRG | BK Debtor Chap 11 / Hard | Shaffer-Dynamix (14 - Litigation) / PACER | Bankruptcy Court access fee | 1 | $1.40 | $1.40 | 37974 |
| Timothy H. Shaffer / 1/30/2017 | 1158/1158.14 / 62938 | SRG | BK Debtor Chap 11 / Hard | Shaffer-Dynamix (14 - Litigation) / WL | Westlaw research | 1 | $172.69 | $172.69 | 38052 |
| Timothy H. Shaffer / 1/24/2017 | 1158/1158.14 / 64423 | SRG | BK Debtor Chap 11 / Hard | Shaffer-Dynamix (14 - Litigation) / TRV | Delta Airlines - airfare to Seattle | 2 | $431.40 | $862.80 | 38132 |
| Timothy H. Shaffer / 1/24/2017 | 1158/1158.14 / 64424 | SRG | BK Debtor Chap 11 / Hard | Shaffer-Dynamix (14 - Litigation) / HOT | Hotels.com - W Hotel Seattle | 1 | $534.32 | $534.32 | 38132 |
| Timothy H. Shaffer / 1/25/2017 | 1158/1158.14 / 63966 | SRG | BK Debtor Chap 11 / Hard | Shaffer-Dynamix (14 - Litigation) / PR | YOM Court Reporting - Amazon 30(b)(6) d | 1 | $2,394.35 | $2,394.35 | 38132 |
| Timothy H. Shaffer / 1/26/2017 | 1158/1158.14 / 64425 | SRG | BK Debtor Chap 11 / Hard | Shaffer-Dynamix (14 - Litigation) / HOT | W Hotel Seattle | 1 | $122.40 | $122.40 | 38132 |
| Timothy H. Shaffer / 1/26/2017 | 1158/1158.14 / 64426 | SRG | BK Debtor Chap 11 / Hard | Shaffer-Dynamix (14 - Litigation) / PARK | Skyharbor Parking - Seattle trip | 1 | $54.00 | $54.00 | 38132 |
| Timothy H. Shaffer / 1/28/2017 | 1158/1158.14 / 64254 | SRG | BK Debtor Chap 11 / Hard | Shaffer-Dynamix (14 - Litigation) / TEL | Long-distance charges [conference call] | 1 | $29.40 | $29.40 | 38132 |
| Timothy H. Shaffer / 1/24/2017 | 1158/1158.14 / 63802 | SRG | BK Debtor Chap 11 / Hard | Shaffer-Dynamix (14 - Litigation) / DEL | Federal Express - delivery to Mr. English 8 | 1 | $30.56 | $30.56 | 38132 |
| Timothy H. Shaffer / 1/20/2017 | 1158/1158.14 / 64258 | SRG | BK Debtor Chap 11 / Hard | Shaffer-Dynamix (14 - Litigation) / TEL | Long-distance charges [conference call] | 1 | $2.87 | $2.87 | 38132 |
| Timothy H. Shaffer / 1/31/2017 | 1158/1158.14 / 64305 | SRG | BK Debtor Chap 11 / Hard | Shaffer-Dynamix (14 - Litigation) / WL | Westlaw research | 1 | $49.50 | $49.50 | 38132 |
| Timothy H. Shaffer / 01/06/2018 | 1158/1158.14 / 65339 | SRG | BK Debtor Chap 11 / Hard | Shaffer-Dynamix (14 - Litigation) / PROF | Kurk Spendlove - data analysis and IT con | 1 | $2,000.00 | $2,000.00 | 38348 |

# SWAZLAW, P.L.C.
## Client Expense Report

| Client Date | Client Matter ID. Resp. Audit # | File Type Type | File Code | Description | Unit | Rate | Value | Invoice # |
|---|---|---|---|---|---|---|---|---|
| Timothy H. Shaffer 01/11/2018 | 1158/1158.14 SRG 67850 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) PROF | Morones Analytics - Consulting fees [Jan. | 1 | $2,445.00 | $2,445.00 | 38348 |
| Timothy H. Shaffer 02/07/2018 | 1158/1158.14 SRG 67087 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) TEL | Long-distance charges [conference call] | 1 | $3.27 | $3.27 | 38348 |
| Timothy H. Shaffer 02/08/2018 | 1158/1158.14 SRG 68505 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) TEL | Long-distance charges [conference call] | 1 | $11.29 | $11.29 | 38434 |
| Timothy H. Shaffer 02/13/2018 | 1158/1158.14 SRG 67354 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) PR | YOM Court Reporting Services - Amazon | 1 | $1,245.41 | $1,245.41 | 38434 |
| Timothy H. Shaffer 02/21/2018 | 1158/1158.14 SRG 67951 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) WL | Westlaw research | 1 | $23.02 | $23.02 | 38434 |
| Timothy H. Shaffer 02/23/2018 | 1158/1158.14 SRG 68503 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) EXP | Morones Analytics - Expert Witness Fees | 1 | $26,250.00 | $26,250.00 | 38458 |
| Timothy H. Shaffer 02/25/2018 | 1158/1158.14 SRG 70582 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) EXP | Morones Analytics - expert witness fees | 1 | $31,914.00 | $31,914.00 | 38567 |
| Timothy H. Shaffer 03/00/2018 | 1158/1158.14 SRG 69920 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) PACER | PACER document access fee | 1 | $9.70 | $9.70 | 38458 |
| Timothy H. Shaffer 03/08/2018 | 1158/1158.14 SRG 70184 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) EXP | Morones Analytics - expert witness fees [A | 1 | $48,450.00 | $48,450.00 | 38567 |
| Timothy H. Shaffer 03/23/2018 | 1158/1158.14 SRG 70517 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) EXP | Ashworth Consulting, LLC - Portland, OR | 1 | $2,061.48 | $2,061.48 | 38567 |
| Timothy H. Shaffer 03/04/2018 | 1158/1158.14 SRG 70847 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) TEL | Long-distance charges [conference call] | 1 | $17.23 | $17.23 | 38567 |
| Timothy H. Shaffer 03/11/2018 | 1158/1158.14 SRG 70778 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) WL | Westlaw research | 1 | $175.21 | $175.21 | 38567 |

Client Expense Report

| Client Date | Client Matter ID Resp. Audit # | File Type Type | File Code | Description | Unit | Rate | Value | Invoice # |
|---|---|---|---|---|---|---|---|---|
| Timothy H. Shaffer 02/11/2018 | 1158/1158.14 SRG 71853 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) EXP | Morones Analytics - Expert Witness Fees | 1 | $42,078.00 | $42,078.00 | 38604 |
| Timothy H. Shaffer 02/13/2018 | 1158/1158.14 SRG 72982 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) EXP | Morones Analytics - Expert Witness Fees | 1 | $29,085.00 | $29,085.00 | 38742 |
| Timothy H. Shaffer 03/01/2018 | 1158/1158.14 SRG 74190 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) EXP | Morones Analytics - expert witness fees [ir | 1 | $77,951.39 | $77,951.39 | 38742 |
| Timothy H. Shaffer 03/21/2018 | 1158/1158.14 SRG 73994 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) ML | FEZ - meal expense | 1 | $133.05 | $133.05 | 38822 |
| Timothy H. Shaffer 03/27/2018 | 1158/1158.14 SRG 75328 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) TEL | Long-distance charges [conference call] | 1 | $20.89 | $20.89 | 38822 |
| Timothy H. Shaffer 03/31/2018 | 1158/1158.14 SRG 75308 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) WL | Westlaw research | 1 | $60.68 | $60.68 | 38822 |
| Timothy H. Shaffer 04/20/2018 | 1158/1158.14 SRG 75941 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) EXP | Morones Analytics - August time and expe | 1 | $20,890.56 | $20,890.56 | 38843 |
| Timothy H. Shaffer 04/24/2018 | 1158/1158.14 SRG 76625 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) TEL | Long-distance charges [conference call] | 1 | $35.44 | $35.44 | 38843 |
| Timothy H. Shaffer 05/05/2018 | 1158/1158.14 SRG 76626 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) TEL | Long-distance charges [conference call] | 1 | $7.33 | $7.33 | 38843 |
| Timothy H. Shaffer 10/29/2018 | 1158/1158.14 SRG 76832 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) EXP | Morones Analytics - expert witness fees S | 1 | $3,682.50 | $3,682.50 | 38918 |
| Timothy H. Shaffer 11/17/2018 | 1158/1158.14 SRG 78059 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) PR | Draft in Craft - summary of Eric Soder depc | 1 | $111.50 | $111.50 | 38918 |
| Timothy H. Shaffer 12/06/2018 | 1158/1158.14 SRG 77192 | BK Debtor Chap 11 Soft | Shaffer-Dynamix (14 - Litigation) EXP | Morones Analytics - expert witness fees O | 1 | $2,415.00 | $2,415.00 | 38918 |

Case 2:11-bk-28944-DPC    Doc 663    Filed 10/07/22    Entered 10/07/22 11:29:17    Desc
Main Document    Page 20 of 25

| Client Date | Client Matter ID / Audit # | Resp. Atty | File Type / Type | File Code | Description | Unit | Rate | Value | Invoice # |
|---|---|---|---|---|---|---|---|---|---|
| Timothy H. Shaffer 12/11/2018 | 1158/1158.14 78054 | SRG | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) PARK | Parking expense | 1 | $3.00 | $3.00 | 39046 |
| Timothy H. Shaffer 12/19/2018 | 1158/1158.14 79025 | SRG | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) TEL | Long-distance charges [conference call] | 1 | $9.21 | $9.21 | 39046 |
| Timothy H. Shaffer 12/20/2018 | 1158/1158.14 79662 | SRG | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) PR | DraftNCraft - deposition summary | 1 | $111.50 | $111.50 | 39110 |
| Timothy H. Shaffer 01/08/2019 | 1158/1158.14 80627 | SRG | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) EXP | Morones Analytics - expert witness fees | 1 | $712.50 | $712.50 | 39201 |
| Timothy H. Shaffer 01/21/2019 | 1158/1158.14 81242 | SRG | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) PACER | PACER document access fee | 1 | $4.20 | $4.20 | 39201 |
| Timothy H. Shaffer 02/01/2019 | 1158/1158.14 81580 | SRG | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) EXP | Morones Analytics - expert witness fees (J | 1 | $4,680.00 | $4,680.00 | 39235 |
| Timothy H. Shaffer 02/21/2019 | 1158/1158.14 81842 | SRG | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) TRV | Southwest Airlines - travel to Seattle for 3/: | 2 | $157.97 | $315.94 | 39346 |
| Timothy H. Shaffer 03/01/2019 | 1158/1158.14 82365 | SRG | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) EXP | Morones Analytics - expert witness fees | 1 | $2,085.00 | $2,085.00 | 39346 |
| Timothy H. Shaffer 03/03/2019 | 1158/1158.14 83795 | SRG | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) PR | Escribers - transcript | 1 | $63.60 | $63.60 | 39420 |
| Timothy H. Shaffer 03/05/2019 | 1158/1158.14 82727 | SRG | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) PR | FedEx Office - printing and reproduction | 1 | $36.37 | $36.37 | 39346 |
| Timothy H. Shaffer 03/05/2019 | 1158/1158.14 83794 | SRG | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) PR | FedEx Office - printing and reproduction | 1 | $292.05 | $292.05 | 39420 |
| Timothy H. Shaffer 03/06/2019 | 1158/1158.14 82726 | SRG | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) PARK | Phoenix Sky Harbor - parking | 1 | $54.00 | $54.00 | 39346 |

# SWAZLAW, P.L.C.
## Client Expense Report

| Client Date | Client Matter ID Resp. Audit # | File Type Type | File Code | Description | Unit | Rate | Value | Invoice # |
|---|---|---|---|---|---|---|---|---|
| Timothy H. Shaffer 0x/26/2019 | 1158/1158.14 SRG 83796 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) ML | Meal Expense - Seattle depo | 1 | $164.81 | $164.81 | 39420 |
| Timothy H. Shaffer 0x/26/2019 | 1158/1158.14 SRG 83797 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) HOT | Hotel - Seattle depo | 1 | $1,441.17 | $1,441.17 | 39420 |
| Timothy H. Shaffer 0x/29/2019 | 1158/1158.14 SRG 82748 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) PR | YOM: Full Service Court Reporting - contir | 1 | $950.00 | $950.00 | 39346 |
| Timothy H. Shaffer 0x/31/2019 | 1158/1158.14 SRG 83358 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) PACER | PACER document access fee | 1 | $4.50 | $4.50 | 39346 |
| Timothy H. Shaffer 0x/29/2019 | 1158/1158.14 SRG 83459 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) EXP | Morones Analytics - expert witness fees | 1 | $18,225.47 | $18,225.47 | 39420 |
| Timothy H. Shaffer 0x/2/2019 | 1158/1158.14 SRG 83807 | BK Debtor Chap 11 Soft | Shaffer-Dynamix (14 - Litigation) PR | YOM: Full Service Court Reporting - contir | 1 | $1,515.40 | $1,515.40 | 39420 |
| Timothy H. Shaffer 0x/2/2019 | 1158/1158.14 SRG 83804 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) ML | Meal Expense | 1 | $43.45 | $43.45 | 39420 |
| Timothy H. Shaffer 0x/0/2019 | 1158/1158.14 SRG 84286 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) PACER | PACER document access fee | 1 | $4.70 | $4.70 | 39420 |
| Timothy H. Shaffer 0x/0/2019 | 1158/1158.14 SRG 84287 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) PACER | PACER document access fee | 1 | $16.70 | $16.70 | 39420 |
| Timothy H. Shaffer 0x/9/2019 | 1158/1158.14 SRG 84532 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) PR | YOM: Full Service Reporting - Bellino tran: | 1 | $1,472.45 | $1,472.45 | 39489 |
| Timothy H. Shaffer 0x/14/2019 | 1158/1158.14 SRG 84885 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) EXP | Morones Analytics - expert witness fees | 1 | $57,000.00 | $57,000.00 * | 39489 |
| Timothy H. Shaffer 0x/4/2019 | 1158/1158.14 SRG 84891 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) PR | YOM: Full Service Reporting - Tim Shaffer | 1 | $822.90 | $822.90 | 39489 |

Client Expense Report

# SWAZLAW, P.L.C.
## Client Expense Report

| Client Date | Client Matter ID Audit # | Resp. | File Type Type | File Code | Description | Unit | Rate | Value | Invoice # |
|---|---|---|---|---|---|---|---|---|---|
| Timothy H. Shaffer 04/16/2019 | 1158/1158.14 84933 | SRG | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) PR | YOM: Full Service Court Reporting - Azzar | 1 | $865.40 | $865.40 | 39489 |
| Timothy H. Shaffer 04/08/2019 | 1158/1158.14 84973 | SRG | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) PR | YOM: Full Service Court Reporting - Lawo | 1 | $958.80 | $958.80 | 39489 |
| Timothy H. Shaffer 05/01/2019 | 1158/1158.14 85482 | SRG | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) WL | Westlaw research | 1 | $53.78 | $53.78 | 39489 |
| Timothy H. Shaffer 05/13/2019 | 1158/1158.14 85523 | SRG | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) PR | YOM: Full Service Court Reporting - Thom | 1 | $1,317.90 | $1,317.90 | 39531 |
| Timothy H. Shaffer 06/04/2019 | 1158/1158.14 86718 | SRG | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) PROF | Morones Analytics - expert witness fees | 1 | $0.00 | $0.00 ** | 39531 |
| Timothy H. Shaffer 06/27/2019 | 1158/1158.14 85713 | SRG | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) PROF | Fronteo USA - Relativity hosting | 1 | $229.47 | $229.47 | 39531 |
| Timothy H. Shaffer 05/30/2019 | 1158/1158.14 86032 | SRG | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) WL | Westlaw research | 1 | $1,109.95 | $1,109.95 | 39531 |
| Timothy H. Shaffer 06/13/2019 | 1158/1158.14 86895 | SRG | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) PR | YOM: Full Service Court Reporting - Amaz | 1 | $750.55 | $750.55 | |

# SWAZLAW, P.L.C.
## Client Expense Report

| Client Date | Client Matter ID Resp. Audit # | File Type Type | File Code | Description | Unit | Rate | Value | Invoice # |
|---|---|---|---|---|---|---|---|---|
| Timothy H. Shaffer 07/11/2019 | 1158/1158.14 SRG 87437 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) PACER | PACER document access fee | 1 | $3.80 | $3.80 | |
| Timothy H. Shaffer 07/31/2019 | 1158/1158.14 SRG 87466 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) WL | Westlaw research | 1 | $26.38 | $26.38 | |
| Timothy H. Shaffer 08/08/2019 | 1158/1158.14 SRG 87758 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) WL | Westlaw research | 1 | $8.04 | $8.04 | |
| Timothy H. Shaffer 08/09/2019 | 1158/1158.14 SRG 87754 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) PACER | PACER document access fee | 1 | $1.10 | $1.10 | |
| Timothy H. Shaffer 08/12/2019 | 1158/1158.14 SRG 87755 | BK Debtor Chap 11 Hard | Shaffer-Dynamix (14 - Litigation) PACER | PACER document access fee | 1 | $1.10 | $1.10 | |
| Reimbursed Costs*** | | BK Debtor Chap 11 | Reimbursed in Chapter 11 Case | | 1 | ($8,117.38) | ($8,117.38) | |

**Firm Totals**   $463,459.65

### Summary by Responsible Lawyer

| | Value |
|---|---|
| SRG | $463,459.65 |
| Total | $463,459.65 |

### Summary by Type

| | Value |
|---|---|
| Hard | $425,719.96 |
| Soft | $37,739.69 |
| Total | $463,459.65 |

# SWAZLAW, P.L.C.
## Client Expense Report

| Client Date | Client Matter ID | Resp. Audit # | File Type Type | File Code | Description | Unit | Rate | Value | Invoice # |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Summary by Code | | | | |
| | | | | | | | | **Value** | |
| | | | | | | DEL | | $60.00 | |
| | | | | | | Reimbursement | | $30.56 | |
| | | | | | | | | ($8,117.38) | |
| | | | | | | E101 | | $116.10 | |
| | | | | | | E102 | | $549.60 | |
| | | | | | | E103 | | $126.00 | |
| | | | | | | E106 | | $4,686.98 | |
| | | | | | | E107 | | $503.56 | |
| | | | | | | E108 | | $15.00 | |
| | | | | | | E109 | | $1,011.82 | |
| | | | | | | E110 | | $173.50 | |
| | | | | | | E111 | | $75.71 | |
| | | | | | | E112 | | $293.00 | |
| | | | | | | E113 | | $125.00 | |
| | | | | | | EXP | | $400,496.90 | |
| | | | | | | HOT | | $2,097.89 | |
| | | | | | | MISC | | $26,171.48 | |
| | | | | | | ML | | $442.43 | |
| | | | | | | PACER | | $65.90 | |
| | | | | | | PARK | | $193.00 | |
| | | | | | | PC | | $3.00 | |
| | | | | | | PR | | $21,018.58 | |
| | | | | | | PROF | | $4,674.47 | |
| | | | | | | PS | | $3.08 | |
| | | | | | | TEL | | $175.33 | |
| | | | | | | TRV | | $4,249.60 | |
| | | | | | | WL | | $4,218.54 | |
| | | | | | | **Total** | | **$463,459.65** | |
| | | | | | Summary by File Type | | | | |
| | | | | | | | | **Value** | |
| | | | | | | BK Debtor Chap 11 | | $463,459.65 | |
| | | | | | | **Total** | | **$463,459.65** | |
| | | | | | Summary by Billing Category | | | | |
| | | | | | | | | **Value** | |
| | | | | | | Billable | | $463,459.65 | |
| | | | | | | **Total** | | **$463,459.65** | |

* The original invoice of $80,467.50 shows a $6,000 credit from the vendor. The new total amount of $74,467.50 was paid both by Schian Walker ($57,000) and G&K ($17,467.50).

** The May invoice of $37,796.50 was fully paid by G&K, so it has been zeroed out on this spreadsheet.

*** During the Chapter 11 Case, Schian Walker was reimbursed $8,117.38. This reimbursed amount was not reflected on the original spreadsheet.