# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Audio Record of Hearing Held

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | POTENTIAL DYNAMIX, LLC | | |
| **Case Number:** | 2:11-BK-28944-DPC | **Chapter:** | 11 |
| **Date / Time / Room:** | MONDAY, DECEMBER 19, 2022 10:00 AM  6TH FLOOR #603 | | |
| **Courtroom Clerk:** | RENEE BRYANT | | |
| **Reporter / ECR:** | RUTH CARMONA | | |
| **Audio File Name:** | AHL01586100.MP3 | | |
| **Audio File Size:** | 6,352 KB | | |
| **Audio File Length:** | 00:13:33 | | |
|  | Additional Audio Files Attached. | | |

**Help using this file:**

An audio file is embedded as an attachment in this PDF document. To listen to the file, click the Attachments tab or the Paper Clip icon. Select the Audio File and click Open.

> This digital recording is a copy of a court proceeding and is provided as a convenience to the public. In accordance with 28 U.S.C. § 753 (b) "[n]o transcripts of the proceedings of the court shall be considered as official except those made from the records certified by the reporter or other individual designated to produce the record."

### *Matters:*

1) CONTINUED GALLAGHER & KENNEDY, P.A'S FIRST INTERIM APPLICATION FOR APPROVAL AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR CHAPTER 11 TRUSTEE
   **R / M #:** 673 / 726

2) CONTINUED MOTION FOR ABSTENTION FILED BY KEITH L. HENDRICKS OF MOYES SELLERS & HENDRICKS ON BEHALF OF SCOTT S. GOLDBERG, CODY J. JESS .
   **R / M #:** 691 / 726

3) **ADV: 2-13-00799**
   **TIMOTHY SHAFFER vs Amazon Services LLC**
   MOTION FOR COSTS AND MOTION TO AMEND JUDGMENT FILED BY AMAZON SERVICES LLC
   **R / M #:** 0 / 416

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA
# Audio Record of Hearing Held