SO ORDERED.

Dated: July 20, 2023

**Daniel P. Collins, Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| POTENTIAL DYNAMIX, LLC, | Case No. 2:11-bk-28944-DPC |
| Debtor. | Adv. No. 2:13-ap-00799-DPC |
| Amazon Services, LLC, | |
| Appellant and Cross-Appellee, | **ORDER APPROVING TRUSTEE'S SETTLEMENT AGREEMENT WITH AMAZON SERVICES, LLC, RESOLVING THE ADVERSARY ACTION AND ASSOCIATED APPEALS, PURSUANT TO FED.R.BANKR.P. 9019** |
| v. | |
| Timothy H. Shaffer, | |
| Appellee and Cross-Appellant. | |

Upon the *Trustee's Motion for Entry of Order Approving Settlement Agreement With Amazon Services, LLC, Resolving the Adversary Action and Associated Appeals, Pursuant to Fed.R.Bankr.P. 9019* (the "Motion"), seeking entry of an order (this "Order") authorizing the Trustee to enter into the Settlement Agreement by and among the Trustee and Amazon Services, LLC ("Amazon") whereby Amazon shall pay to the Trustee the amount of $1,028,939.52, in full and final settlement of the Adversary Action and all appeals related thereto, in full and final settlement of all issues, disputes, liabilities and claims existing between the Trustee and Amazon, arising from or related to the Amazon Adversary and all appeals associated therewith; and this Court having jurisdiction over this matter

pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Estate, its creditors and other parties in interest; and this Court having found that the Trustee's notice of the Motion and opportunity for a hearing on the Motion were appropriate and no other notice need be provided; and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in the record establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The Motion is granted to the extent provided herein.

2. The Settlement Agreement is approved pursuant to Bankruptcy Rule 9019, and the Trustee shall have full power and authority, and is hereby authorized, to consummate and comply with the terms of the Settlement Agreement and all related transactions contemplated by, and provisions set forth therein.

3. The mutual releases as set forth more fully in the Settlement Agreement are approved.

4. Notwithstanding the possible applicability of Bankruptcy Rules 7062, 9014, or otherwise, this Order shall be immediately effective and enforceable upon its entry.

5. The Trustee is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

6. The Court retains jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

**\*\*ORDERED, DATED, AND SIGNED ABOVE\*\***