1  Scott Goldberg (015082)
P.O. Box 5374
2  Scottsdale, Arizona 85261
602-604-2141
3  *Attorney Scott Goldberg*
*sgoldberg@law-msh.com*
4

5              **UNITED STATES BANKRUPTCY COURT**

6              **DISTRICT OF ARIZONA**

7

8  | In re: | CHAPTER 7 |
| POTENTIAL DYNAMIX, LLC, | Case No. 2:11-bk-28944-DPC |

9

10 Debtor.    **SUPPLEMENT TO APPLICATION FOR ORDER TO SHOW CAUSE WHY A SUCCESSOR TRUSTEE SHOULD NOT BE APPOINTED.**

11

12

13

14         On November 10, 2023, Scott Goldberg filed an Application for Order To Show

15 Cause Why a Successor Trustee Should Not Be Appointed (the "Application") [DE 865].

16 Pursuant to this Supplement, the Application is further supported by the Trustee's

17 supplemental objection to the administrative claim of Schian Walker, P.L.C. [DE 895], and

18 to the Trustee's supplemental objection the administrative claim of Ashworth Consulting

19 LLC [DE 894](collectively, the "Objections"). The Objections are without factual and legal

20 support, and were filed in bad faith solely to create funds to pay the administrative fees that

21 the Cross law firm incurred as counsel to the Trustee. For example, and without limitation,

22 the Trustee objected to the request that Schian Walker be reimbursed its costs for the fees

23 it advanced to Morones LLC when (1) the Trustee directed Schian Walker to make those

24 advances, and (2) without the advances that Schian Walker made there would not have been

25 any litigation to prosecute against Amazon. The Trustee also objected to the Ashworth

26

MOYES SELLERS &
HENDRICKS
PHOENIX, AZ    00349362

administrative claim despite the Trustee's sworn declaration stating that Ashworth had provided ***invaluable*** services to the bankruptcy estate. The bad faith filing of the Objections further supports the relief requested in the Application.

DATED this 10th day of January 2024.


By */s/ Scott Goldberg*

MOYES SELLERS &
HENDRICKS
PHOENIX, AZ

00349362

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing, receipt of which constitutes service under L.R. Bankr. P. 9076-1(a), to the following CM/ECF registrants:

Micheal R. Ross, Esq.
Dale C. Schian, Esq.
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
bkdocket@gknet.com
mrr@gknet.com
dale.schian@gknet.com

MICHAEL A. JONES on behalf of Creditor Committee Official Committee of Unsecured Creditors
mjones@allenbarneslaw.com

JAMES E. CROSS on behalf of Trustee, Chapter 11 TIMOTHY SHAFFER
jcross@crosslawaz.com

Frederick J. Petersen, Esq.
Mesch Clark Rothschild
259 North Meyer Avenue
Tucson, Arizona 85701
fpetersen@mcrazlaw.com
ecfpima@mcrazlaw.com

Elizabeth Amorosi
Jennifer Giaimo
Office of the U.S. Trustee
230 N. 1st Ave., Suite 204
Phoenix, AZ 85003
Email: Elizabeth.c.amorosi@usdoj.gov
jennifer.a.giaimo@usdoj.gov

*By s/ Angela Schuetta*